**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

June 2, 2026

**BY ECF**
Honorable Nina R. Morrison
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Duong v. Maldonado, et al.,* Civil No. 26-3189 (Morrison, J.)

Dear Judge Morrison:

This Office represents Respondents in this action. This morning, June 2, 2026, Respondents responded to the Court's May 28, 2026 Order to Show Cause ("OTSC"). *See* Dkt. No. 10. Enclosed with Respondents' response were Exhibits A through V. *See* Dkt. Nos. 10-2 to 10- to 10-23. Respondents hereby supplement their response with Exhibit W, a copy of the Order of Removal issued by Immigration Judge John B. Reid on March 1, 1999.

Respondents thank the Court for their consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Alexandra Megaris*
ALEXANDRA MEGARIS
Assistant United States Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov

cc: All Counsel of Record (by ECF)