UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
CHANSARATH DUONG,

Petitioner,

- against –

RAUL MALDONADO, JR., in his official capacity as Warden, Metropolitan Detention Center, Brooklyn; WILLIAM P. JOYCE, in his official capacity as Acting Field Office Director, New York Field Office, U.S. Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.
---------------------------------------------------------- X

JUDGMENT

26-CV-3189 (NRM)

An Order of Honorable Nina R. Morrison, United States District Judge, having been filed on June 26, 2026, granting the petition for a writ of habeas corpus; enjoining Respondents from re-detaining Petitioner during the pendency of his removal proceedings without prior leave of this Court; and an Order having been filed on August 3, 2026, directing the Clerk of Court to enter judgment ; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; and judgment is entered in favor of Petitioner.

Dated: Brooklyn, New York
August 4, 2026

Approved by: /s / NRM
NINA R. MORRISON
United States District Judge

Dated: Brooklyn, New York
August 4, 2026

Approved by: _ */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court